UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

JORDAN HODGDON

No. 1:24-cr-

### INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Operating after revocation)

On about September 16, 2024, in the District of Maine, the defendant

**JORDAN HODGDON**

did operate a motor vehicle on a public way when his license to operate a motor vehicle had been revoked and he had been sent written notice in accordance with 29-A M.R.S.A. § 2482 or former 29 M.R.S.A. § 2241(4), within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on roadways and parking areas within a park area that are open to public traffic and that are under the legislative jurisdiction of the United States.

All in violation of Title 36, Code of Federal Regulations, Section 4.2(b); Title 18, United States Code, Section 1865; and Title 29-A, Maine Revised Statutes Annotated, Section § 2557-A(1).

### COUNT TWO
### (Operating without a valid certificate of inspection)

On about September 16, 2024, in the District of Maine, the defendant

**JORDAN HODGDON**

1

did operate a motor vehicle that was required to be inspected without displaying a current and valid certificate of inspection or producing the certificate on demand of a police officer, within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on roadways and parking areas within a park area that are open to public traffic and that are under the legislative jurisdiction of the United States.

All in violation of Title 36, Code of Federal Regulations, Section 4.2(b); Title 18, United States Code, Section 1865; and Title 29-A, Maine Revised Statutes Annotated, Section § 1768(7).

Dated: October 28, 2024                    /s/ *Alisa Ross*
                                           Alisa Ross
                                           Assistant United States Attorney